Jack A. McCOY, Appellant, v. Ora H. COX, Warden, Medical Center for Federal Prisoners, Springfield, Missouri.

No. 12738.

Circuit Court of Appeals, Eighth Circuit.

Nov. 19, 1943.

John S. Farrington, of Springfield, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., of Kansas City, Mo., for appellee.

PER CURIAM.

Motion of appellant for leave to proceed further in this Court in forma pauperis denied.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. CENTURY ORDNANCE DIVISION OF CENTURY ENGINEERING CORPORATION.

No. 12745.

Circuit Court of Appeals, Eighth Circuit.

Nov. 8, 1943.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Howard Lichtenstein, Asst. Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Donald T. Hines, of Cedar Rapids, Iowa, for respondent.

PER CURIAM.

Respondent ordered to refrain from doing certain things and to take certain action, on petition for enforcement and stipulation filed with Board.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. E. F. JOHNSON et al.

No. 12764.

Circuit Court of Appeals, Eighth Circuit.

Nov. 22, 1943.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Howard Lichtenstein, Asst. Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Phillip J. Mackey, of St. Paul, Minn., and Gallagher & Madden, of Waseca, Minn., for respondents.

PER CURIAM.

Respondents not to interfere with administration of Employees Benefit Association and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.

SHELL OIL COMPANY, Incorporated, v. Melissa HARJO, Administratrix, etc., et al.

No. 2575.

Circuit Court of Appeals, Tenth Circuit.

Dec. 21, 1943.

George W. Cunningham and W. D. Simms, both of Tulsa, Okl., and W. T. Anglin, of Holdenville, Okl., for appellant.

Charles B. Rogers, of Tulsa, Okl., Wm. Gulager, of Muskogee, Okl., and Allen G. Nichols, of Wewoka, Okl., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.